E-FILED ***12/7/06***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAE ONLINE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CONTROLLED SEMICONDUCTOR, INC., a Florida corporation,<br><br>Defendant. | Case No. C06-05659 RMW (HRL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS [ADR L.R. 3-5] |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties stipulate to participate in the following ADR process:

**Court Processes:**
 ___ Non-Binding Arbitration (ADR L.R. 4)
 ___ Early Neutral Evaluation (ENE) (ADR L.R. 5)
 _X_ Mediation (ADR L.R. 6)

**Private Process:**
 ___ Private ADR (*please identify process and provider*)

The parties stipulate to the timing of the mediation and request the Court to issue an Order to have mediation completed by January 29, 2007, which is 45 days from the date of the case management order.

(*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

Dated: November 22, 2006  
_____  
JEROLD U. HERSH  
DLA PIPER US LLP  
Attorneys for Plaintiff CAE ONLINE, LLC

Dated: November 22, 2006  
_____  
JOHNNY V. PHAN  
THE CHUGH FIRM, APC  
Attorneys for Defendant CONTROLLED SEMICONDUCTOR, INC.

///

///

STIPULATION AND ORDER SELECTING ADR PROCESS

EM\7211819.1
363339-1

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Mediation

Deadline for ADR session:
___90___ days from the date of this order.

IT IS SO ORDERED:

Dated: __7th____, 2006     /s/ Ronald M. Whyte
                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS

EM\7211819.1
363339-1