1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill.frimel@dlapiper.com
2  JEROLD L. HERSH (Bar No. 225651)
   jerry.hersh@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, CA  94303-2248
   Tel: 650-833-2000
5  Fax: 650-833-2001

6  Attorneys for Plaintiff
   CAE ONLINE, LLC
7

*E-filed 1/8/07*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| | |
|---|---|
| 12  CAE ONLINE, LLC, a California limited liability company, | CASE NO. C06-05659 HRL |
| 13                Plaintiff, | **STIPULATION AND** xxxxxxxxxxxx **ORDER ALLOWING PLAINTIFF CAE ONLINE, LLC TO AMEND ITS COMPLAINT AND DEFENDANT CONTROLLED SEMICONDUCTOR, INC. TO FILE COUNTERCLAIMS** |
| 14        v. | |
| 15  CONTROLLED SEMICONDUCTOR, INC., a Florida corporation, | |
| 16                Defendant. | Honorable Magistrate Judge Howard R. Lloyd |
| 17 | Complaint filed: September 15, 2006 |

18

19        The undersigned parties, through their respective counsel of record, HEREBY

20  STIPULATE as follows:

21        1.     Within 30 days of the execution of this stipulation by both parties, Plaintiff CAE

22  Online, LLC ("CAE") may amend its Complaint previously filed in this action on September 15,

23  2006, to add parties and allegations;

24        2.     Defendant Controlled Semiconductor, Inc. ("ConSemi") will not oppose CAE's

25  amendment to its Complaint;

26        3.     Within 10 days of the filing of CAE's amended complaint, Defendant ConSemi

27  may file counterclaims against CAE in this action;

28        4.     Plaintiff CAE will not oppose such filing of counterclaims by ConSemi;

5.  This stipulation shall not prejudice or affect any other proceedings in this action, including any party's ability to seek leave to file any pleading in the future.

The electronic filer attests that individuals, whose names appear below, have signed this document. See General Order 45, Section X.

Dated: January 3, 2007                DLA PIPER US LLP

                                      By _____
                                         JEROLD L. HERSH
                                         Attorneys for Plaintiff
                                         CAE ONLINE, LLC

Dated: January 3, 2007                THE CHUGH FIRM, APC

                                      By _____
                                         JOHNNY V. PHAN
                                         Attorneys for Defendant
                                         CONTROLLED SEMICONDUCTOR, INC.

**ORDER**

PURSUAN T TO STIPULATION, IT IS SO ORDERED.

DATED: January _8_, 2007

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge