WILLIAM J. FRIMEL (Bar No. 160287)
bill.frimel@dlapiper.com
JEROLD L. HERSH (Bar No. 225651)
jerry.hersh@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650-833-2000
Fax: 650-833-2001

Attorneys for Plaintiff CAE ONLINE, LLC

*E-FILED 4/18/07*

ANTOINETTE MCGILL (Bar No. 148521)
antoinette.mcgill@chugh.com
**THE CHUGH FIRM, APC**
4800 Great America Parkway, Suite 310
Santa Clara, California 95054
Telephone: (408) 970-0100
Facsimile: (408) 970-0200

Attorneys for Defendant CONTROLLED
SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAE ONLINE, LLC, a California limited liability company, | CASE NO. C06-05659 HRL (RS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| v. | Honorable Magistrate Judge Howard R. Lloyd |
| CONTROLLED SEMICONDUCTOR, INC., a Florida corporation, | Complaint filed: September 15, 2006 |
| CONTROLLED MARKING SYSTEMS, INC., a Florida corporation, | |
| TECH LASER SYSTEMS, INC., a Delaware corporation, and | |
| JON WILLIAM HEYL, an individual, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

EM\7217285.1
363339-1

1    The undersigned parties, through their respective counsel of record, HEREBY STIPULATE

2    as follows:

3    WHEREAS Plaintiff/Counterdefendant CAE Online, LLC ("CAE"), on the one hand, and

4    Defendant/Counterclaimant Controlled Semiconductor, Inc. ("ConSemi"), Defendant Controlled

5    Marking Systems, Inc., Defendant Tech Laser Systems, Inc., and Defendant Jon William Heyl, on

6    the other hand (collectively, the "Parties") entered into a written Settlement Agreement and Mutual

7    Release ("Settlement Agreement") with respect to this action;

8    WHEREAS, pursuant to the terms of the Settlement Agreement, CAE and ConSemi agreed

9    to dismiss their operative complaint and counterclaims, respectively, in this action; and

10    WHEREAS, pursuant to the terms of the Settlement Agreement, the Parties have agreed to

11    bear their own attorneys' fees and costs in this action;

12    THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereby

13    stipulate, by and through counsel, to the dismissal with prejudice of the entirety of this action. Each

14    party shall bear its own costs and attorneys' fees.

15

16    IT IS SO STIPULATED.

17

18    Dated: April 17, 2007                          DLA PIPER US LLP

19

20                                                    By: _____

21                                                    Jerold L. Hersh
                                                      Attorneys for Plaintiff
22                                                    CAE ONLINE, LLC

23    Dated: April 16 2007                           THE CHUGH FIRM, APC

24

25                                                    By:_____

26                                                    Antoinette McGill
                                                      Attorneys for Defendant
27                                                    CONTROLLED SEMICONDUCTOR, INC.

28

EM\7217285.1                  STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF
363339-1                      ENTIRE ACTION , CASE NO. C06-05659 HRL (RS)

1    The Parties having so stipulated and good cause appearing therefor,

2                                **ORDER**

3    IT IS HEREBY ORDERED THAT this action is hereby dismissed with prejudice in its

4    entirety.

5    IT IS FURTHER ORDERED THAT this Court shall retain jurisdiction to enforce the terms

6    of the settlement pursuant to the Settlement Agreement, including but not limited to jurisdiction over

7    disputes arising out of the Settlement Agreement.

8    IT IS FURTHER ORDERED THAT the Parties shall bear their own respective attorneys'

9    fees and costs in this action.

10    PURSUANT TO STIPULATION, IT IS SO ORDERED.

11   DATED: April 18 , 2007

12

13                                    _____
                                      THE HONORABLE HOWARD R. LLOYD
14                                    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     EM\7217285.1                    STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF
     363339-1                        ENTIRE ACTION , CASE NO. C06-05659 HRL (RS)